■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [993 NYS2d 524]—Motion for writ of er-

ror coram nobis denied. Present—Scudder, P.J., Smith, Centra, Fahey and Valentino, JJ.